**Order entered June 7, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00978-CR

**SANDRA KAY NORTHCUTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80789-2019**

### ORDER

Before the Court is appellant's June 2, 2021 third motion for an extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due on July 2, 2021. We caution that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/    DENNISE GARCIA
        JUSTICE